

# United States District Court
## Southern District of Florida

---

**UNITED STATES OF AMERICA**
Plaintiff

- vs

Antonio Guillermo ~~Bello~~ Arvelaiz
Defendant

**CASE NUMBER: CR:** 15-2442-JG

**REPORT COMMENCING CRIMINAL ACTION**

06035-104

**USMS NUMBER**

---

**TO: CLERK'S OFFICE**        (MIAMI)        FT. LAUDERDALE        W. PALM BEACH
**U.S. DISTRICT COURT**              (CIRCLE ONE)

NOTE: CIRCLE APPRPRIAT LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE    N/A.

(1) **DATE AND TIME OF ARREST:** 4/3/15        AM ___ PM 12

(2) **LANGUAGE SPOKEN:** Spanish / English

(3) **OFFENSE CHARGED:** Wire Fraud

(4) **DATE OF BIRTH:** 5/5/83

(5) **TYPE OF CHARGING DOCUMENT:**        (CHECK ONE)
  { } INDICTMENT            {✓} COMPLAINT TO BE FILED/ALREADY FILED
  { } BENCH WARRANT FOR FAILURE TO APPEAR
  { } PROBATION VIOLATION WARRANT
  { } PAROLE VIOLATION WARRANT
  **ORIGINATING DISTRICT:** Southern District of FL

(6) **REMARKS:** ___

(7) **DATE:** 4/3/15        (8) **ARRESTING OFFICER:** Special Agent R. Hill

(8) **AGENCY:** U.S. Immigration & Customs Enforcement  (10) **PHONE:** 800-X-Sector

(11) **COMMENTS:** ___